1  Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  5100-B1 Clayton Road, Suite 373
Concord, CA 94510
4  Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
5  Email: lmendoza@sjlacorp.com

6  Attorneys for Plaintiffs, Operating Engineers' Health
7  And Welfare Trust Fund for Northern California, et al.

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  OPERATING ENGINEERS' HEALTH AND          Case No.: 3:22-cv-05479 LB
    WELFARE TRUST FUND FOR NORTHERN
12  CALIFORNIA, et al.,                      **REQUEST TO CONTINUE CASE**
                                             **MANAGEMENT CONFERENCE;**
13              Plaintiffs,                  **ORDER THEREON**

14
           v.                               Date:       July 13, 2023
15                                          Time:       9:30 a.m.
    WILLIAMS TREE SERVICE, INC., a          Location:   Zoom
16  California Corporation, et al.,         Judge:      Hon. Laurel Beeler

17              Defendants.

18

19         Plaintiffs hereby respectfully request that the Case Management Conference, currently on

20  calendar for July 13, 2023, be continued for approximately sixty (60) days. Good cause exists for the

21  granting of the continuance, as follows:

22         1.      Plaintiffs filed this action against Defendants William Tree Service, Inc., a California

23  Corporation, Dennis Charles Williams, an Individual, and Adam Williams, an Individual on September

24  26, 2022 for: failure to comply with an audit of their payroll records; failure to report and pay

25  contributions, liquidated damages, and interest for the months of August 2017 through December 2019

26  and February 2020 through August 2022; and failure to satisfy a prior Default Judgment entered in

27  Plaintiffs' favor by Judge Phyllis J. Hamilton of the Northern District of California, Case No. 14-cv-

28  1123-PHJ. (Dkt. No. 1.) The Court issued the Summons on September 27, 2022. (Dkt. No. 7.)  Based on

                                             1
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON Case No.
**3:22-cv-05479-LB**
P:\CLIENTS\OE3CL\Williams Tree Service\Pleadings - New Case\Drafts\Request To Continue CMC - 062923.docx

1   the Complaint being filed on September 26, 2022, the deadline to serve Defendants with the Summons

2   and Complaint was December 27, 2022.

3        2.     Plaintiffs personally served Defendant William Tree Service, Inc., and Dennis Charles

4   Williams on December 14, 2022. Plaintiffs filed the Proofs of Service of Summons with the Court for

5   Defendants William Tree Service, Inc., and Dennis Charles Williams on December 30, 2022. (Dkt. No.

6   12.)

7        3.     On February 10, 2023, Plaintiffs voluntarily requested that Defendant Adam Williams

8   only be dismissed from the action without prejudice (Dkt No. 14.) The Court dismissed Adam Williams

9   from the action without prejudice on February 13, 2023 (Dkt. No. 17.)

10       4.     As Defendants William Tree Service, Inc., and Dennis Charles Williams' deadline to file

11  a response to the Complaint was January 4, 2023 and given that the deadline has passed and that no

12  responsive pleading has been filed, Plaintiffs respectfully requested that default be entered against both

13  Defendants William Tree Service, Inc., and Dennis Charles Williams in this action. (Dkt. No. 15.)

14       5.     On February 14, 2023, the Clerk entered default as to Defendant Williams Tree Service,

15  Inc. only. (Dkt. No. 18.)

16       6.     On March 29, 2023, Plaintiffs respectfully requested that default be entered against

17  Defendant Dennis Charles Williams in this action. (Dkt. No. 19.)

18       7.     On March 31, 2023, the Clerk entered default as to Defendant Dennis Charles Williams.

19  (Dkt. No. 20.)

20       8.     Defendants were duly served with copies of the Clerk's Notices of Default Entry, and a

21  Proof of Service of same was filed with the Court on April 20, 2023. (Dkt. No. 21.)

22       9.     On June 9, 2023, Plaintiffs sent Defendants a final letter informing Defendants of

23  Plaintiffs' intent to file a Motion for Default Judgment if no response is received.

24       10.    On June 16, 2023, Plaintiffs' Counsel received a voicemail from "Laura" of Williams

25  Tree Service requesting a call back at the phone numbers 831-728-5500 and 831-566-1636. Plaintiffs

26  Counsel attempted to call both numbers. One number was a cell phone, and the mailbox was full. The

27  other number was the office number for Williams Tree Service. Plaintiffs' Counsel left a message with

28

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON Case No.
**3:22-cv-05479-LB**

P:\CLIENTS\OE3CL\Williams Tree Service\Pleadings - New Case\Drafts\Request To Continue CMC - 062923.docx

1    the receptionist at the office number on June 16, 2023, but have not received a response to date.

2          11.    As of the date of the filing of this request, given that Defendants have failed to respond,

3    Plaintiffs are preparing their Motion for Default Judgment. Plaintiffs will file their Motion for Default

4    Judgment in the next thirty (30) days.

5          12.    There are no issues that need to be addressed by the parties at the currently scheduled

6    Case Management Conference. In the interest of conserving costs as well as the Court's time and

7    resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case

8    Management Conference for approximately sixty (60) days or at the convenience of the Court's calendar

9    to allow Plaintiffs complete and file their Motion for Default Judgment within thirty (30) days.

10         Respectfully submitted,

11

12   DATED: June 28, 2023                        SALTZMAN & JOHNSON LAW CORPORATION

13

                                          By:
14                                                        /S/
                                                Matthew P. Minser
15                                              Luz E. Mendoza
                                                Attorneys for Plaintiffs, Operating Engineers'
16                                              Health And Welfare Trust Fund For Northern
                                                California, et al.
17

18   **IT IS SO ORDERED.**

19   The currently set Case Management Conference is hereby continued to October 12, 2023 at 11:00 a.m.

20   and all previously set deadlines and dates related to this case are continued accordingly.

21   DATED: June 29, 2023

22

23                                              Honorable Laurel Beeler
                                                UNITED STATES MAGISTRATE COURT
24                                              JUDGE

25

26

27

28

                                          3
---
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. 3:22-cv-05479-LB**
                                    P:\CLIENTS\OE3CL\Williams Tree Service\Pleadings - New Case\Drafts\Request To Continue CMC - 062923.docx