UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMS TREE SERVICE, INC., et al.,<br><br>Defendants. | Case No. 22-cv-05479-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 27, 41 |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation, ECF No. 41, to grant Plaintiff's motion for default judgment, ECF No. 27. Plaintiff served Defendant with the report and recommendation on March 1, 2024. ECF No. 43. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendants is granted. Plaintiffs are also awarded:

(1) Unpaid contributions, liquidated damages, and interest of $1,095,804.29;

(2) Reasonable attorney's fees in the amount of $10,892.50; and

(3) Costs in the amount of $1,908.71.

The total judgment amount is $1,108,605.50.

Defendants shall submit to the audit requested by Plaintiffs for the time period January 1, 2015, through October 31, 2019, and provide the necessary records to complete the audit. If the audit discovers unpaid and/or delinquent contributions owed, Plaintiffs may file a supplemental declaration containing a detailed breakdown of the amounts Plaintiffs seek with regard to unpaid or delinquent contributions; interest on unpaid contributions; liquidated damages; and reasonable

1  attorney's fees and costs.

2  The Clerk shall enter judgment and close the file.

3  **IT IS SO ORDERED.**

4  Dated:  April 12, 2024



JON S. TIGAR
United States District Judge